UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

PHILLIP BONELLI and SANDRA
DELANEY,

   Plaintiffs,

-vs-                                      CASE NO.:  5:18-CV-00190-JSM-PRL

REGIONAL ACCEPTANCE
CORPORATION,

   Defendant.
_____/

## NOTICE OF SETTLEMENT

     Plaintiffs, Phillip Bonelli and Sandra Delaney, by and through the undersigned counsel, hereby notify the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                                               Respectfully submitted,

                                               */s/ Shaughn C. Hill*
                                               Shaughn C. Hill, Esq.
                                               Florida Bar No. 105998
                                               MORGAN & MORGAN, TAMPA, P.A.
                                               201 N. Franklin Street, Suite 700
                                               Tampa, FL 33602
                                               Telephone:  (813) 223-5505
                                               Facsimile:   (813) 223-5402
                                               Primary Email: SHill@ForThePeople.com
                                               *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of November, 2018, the foregoing was filed electronically in accordance with the Court's guidelines, using the Court's CM/ECF system, and a copy of which was served via electronic mail to all parties of record.

/s/ Shaughn C. Hill
Shaughn C. Hill, Esq.
Florida Bar No. 105998