UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

PHILLIP BONELLI AND SANDRA
DELANEY,

       CASE NO.:  5:18-CV-00190-JSM-PRL

   Plaintiffs,

-vs-

REGIONAL ACCEPTANCE
CORPORATION,

   Defendant.

_____/

---

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

---

     **COMES NOW** the Plaintiffs, Phillip Bonelli and Sandra Delaney, and the Defendant, Regional Acceptance Corporation, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiffs against the Defendant in the above styled action, with Plaintiffs and Defendant to bear their own attorney's fees, costs and expenses.

     Respectfully submitted this 11th day of January, 2019.

| | |
|---|---|
| /s/ Shaughn C.  Hill | /s/ John S. Gibbs |
| Shaughn C. Hill, Esquire | John S. Gibbs III, Esq. |
| Florida Bar#: 105998 | Florida Bar No. 91102 |
| Morgan & Morgan, Tampa,  P.A. | TROUTMAN SANDERS LLP |
| One Tampa City Center | 600 Peachtree Street NE |
| Tampa, FL 33602 | Atlanta, Georgia 30308 |
| Tele: (813) 223-5505 | Telephone: (404) 885-3093 |
| Fax: (813) 223-5402 | Facsimile: (404) 885-3900 |
| shill@forthepeople.com | E-mail: evan.gibbs@troutman.com |
| Attorney for Plaintiff | *Counsel for Regional Acceptance Corporation* |